UNITED STATES of America, Plaintiff—Appellee,

v.

Efran Castaneda APARICIO, a.k.a. Efren Castaneda Aparicio Efrain Aparicio, Defendant—Appellant.

No. 08–50051.

United States Court of Appeals, Ninth Circuit.

Aug. 11, 2008.*

Filed Aug. 19, 2008.

Brock H. Lunsford, Michael J. Raphael, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Gia Kim, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

MEMORANDUM **

Appellant's unopposed motion for summary reversal and remand is granted. *See*

---

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Fed.R.Crim.P. 11(c)(1)(C); (5). Defendant's sentence is vacated and this matter is remanded to the district court for resentencing.

Appellant's request for reassignment is granted. Upon remand, this matter shall be reassigned to a different district judge.

**REVERSED AND REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

